NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**PREMIER ELECTION SOLUTIONS, INC.,**
*Defendant-Cross Appellant,*

AND

**DIEBOLD, INCORPORATED,**
*Defendant-Appellee.*

---

2011-1553, 2012-1017

---

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1968, Senior Judge Patricia C. Fawsett.

---------------------------------------------------------------------------

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**ELECTION SYSTEMS & SOFTWARE, INC.,**
*Defendant-Cross Appellant.*

---

2011-1559, 2012-1016

---

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1969, Senior Judge Patricia C. Fawsett.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge*.

## ORDER

Voter Verified, Inc. moves to strike sections of Premier Election Solutions, Inc. and Election Systems & Software, Inc.'s reply briefs. Premier and Election oppose.

Voter Verified has not shown that the reply briefs are out of compliance with Federal Rule of Appellate Procedure 28.1(c)(4) (requiring reply briefs to be "limited to the issues presented by the cross-appeal.")

Accordingly,

IT IS ORDERED THAT:

(1) The motions are denied.

(2) The official caption in 2011-1559 and 2012-1016 is reflected above.

FOR THE COURT

**MAY 3 1 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Robert M. Evans, Jr., Esq.
    Anthony I. Provitola, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 3 1 2012

JAN HORBALY
CLERK